UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE SOLIS,<br><br>         Petitioner,<br><br>  -against-<br><br>ATTORNEY VICTOR MANUEL BROWN<br>NEW YORK COUNTY DISTRICT<br>ATTORNEY,<br><br>         Respondent. | 24cv2700 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the October 5, 2024, order, this action is dismissed. By order dated June 21, 2024, the Court directed Plaintiff to file an amended petition within sixty days. That order specified that failure to comply would result in dismissal of the petition. Plaintiff has not filed an amended petition. Accordingly, the petition, filed in forma pauperis (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).  Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated: October 7, 2024
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   Chief United States District Judge